THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY MCCARTHY, Appellant.—Judgment unanimously affirmed. Memorandum: The issues raised by defendant on this appeal were previously resolved on the appeal of a codefendant *(see, People v Rogers, 152 AD2d 947, lv denied 74 NY2d 851).* We add only that the hearsay statements of a codefendant were admissible at the suppression hearing (CPL 710.60 [4]; *People v Gonzalez,* 68 NY2d 950, 951). (Appeal from judgment of Onondaga County Court, Burke, J.—burglary, third degree.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.

 In the Matter of RUSSELL GIBBS, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed. Memorandum: Whether the inmate victim was cut on the leg intentionally or accidentally was a credibility issue for the Hearing Officer to resolve *(see, Matter of Perez v Wilmot,* 67 NY2d 615; *Matter of McKins v Coughlin,* 142 AD2d 987, *lv denied* 74 NY2d 603). The Hearing Officer credited the victim's version of the events, and there is substantial evidence in the record to support the determination of guilt. (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.

 KATHRYN L. MASON, Individually and Doing Business as K.L. MASON BACKHOE SERVICE, et al., Appellants, v U.S. ENERGY DEVELOPMENT CORPORATION, Respondent.—Order insofar as appealed from unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Ricotta, J. (Appeal from order of Supreme Court, Chautauqua County, Ricotta, J.—dismiss complaint.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.

 LINDA L. DORMAN, Appellant, v CLYDE G. HALLETT, JR., Defendant, and SYDNEY LINDELL, JR., et al., Respondents.— Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Feeman, J. (Appeal from order of Supreme Court, Cattaraugus County, Feeman, J.—late notice of claim.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.